AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TIMOTHY E. KENT,

        Plaintiff,

v.

KATHY DANIEL, JOHN DOES and JANE DOES,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5031-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Report and Recommendation, ECF No. 21, is ADOPTED in its entirety and the First Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted against the named Defendants under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

September 16, 2011       JAMES R. LARSEN
*Date*      *Clerk*
     s/ Sheila Parpolia
     *(By) Deputy Clerk*
     Sheila Parpolia